# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-19-00237-CV
_____

**PLAZA CITY, LLC AND ANTONIO PLAZA ROGERS, Appellants**

**V.**

**CRAWFORD STRATEGIES, LLC AND JENNIFER CRAWFORD, Appellees**

---

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 18-09-13010**

---

### MEMORANDUM OPINION

On July 25, 2019, we notified the parties that the notice of appeal did not appear to have been timely filed.[1] The appellants did not file a response. The trial

---

[1]Appellees filed an objection to appellants' notice of appeal, in which appellees assert that the trial court's order is not appealable because it is interlocutory. Because we conclude in this opinion that appellants' notice was not timely filed, we need not address whether the order is appealable at this time. *See* Tex. R. App. P. 47.1.

court signed an order granting appellees' traditional motion for partial summary judgment on May 24, 2019. Because this appeal is accelerated, notice of appeal was due to be filed on June 13, 2019. *See* Tex. R. App. P. 26.1(b).

Appellant filed a notice of appeal on July 1, 2019, more than twenty days from the date of judgment and outside the period for which we may grant an extension of time to perfect appeal. *See* Tex. R. App. P. 26.3. This Court lacks jurisdiction over this appeal. Accordingly, we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on August 21, 2019
Opinion Delivered August 22, 2019

Before Kreger, Horton, and Johnson, JJ.

2